TROUTMAN PEPPER LOCKE LLP
Kalama M. Lui-Kwan (Bar No. 242121)
kalama.lui-kwan@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415.477.5758
Facsimile: 415.477.5710

Michael S. Lowe (Bar No. 173664)
michael.lowe@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800

Attorneys for Defendant
SPEEDY CASH

Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
Meghan E. George (SBN 274525)
mgeorge@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 818-619-3774

Attorneys for Plaintiff
TERRANCE WILSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPEEDY CASH, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 5:25-cv-01785-SSS-AJR<br><br><u>CLASS ACTION</u><br><br>**JOINT NOTICE OF SETTLEMENT (L.R. 40-2)**<br><br>Complaint Filed: July 15, 2025<br>Trial Date:           None Set |

Plaintiff TERRANCE WILSON, individually and on behalf of all others similarly situated, and defendant SPEEDY CASH (collectively, "the Parties") hereby jointly give notice to the Court that the parties have reached a resolution of the above matter in principle. Accordingly, the Parties respectfully request that the Court vacate all pending deadlines. The Parties anticipate filing a dismissal within forty-five (45) days.

Dated:  October 9, 2025

TROUTMAN PEPPER LOCKE LLP

By: */s/ Kalama M. Lui-Kwan*
Kalama M. Lui-Kwan
Michael S. Lowe

Attorneys for Defendant
SPEEDY CASH

Dated:  October 9, 2025

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: */s/ Todd M. Friedman*
Todd M. Friedman
Adrian R. Bacon
Meghan E. George

Attorneys for Plaintiff
TERRANCE WILSON

**ATTESTATION OF FILER**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned hereby attests that all parties have concurred in the filing of this stipulation.

Dated:  October 9, 2025

*/s/ Kalama M. Lui-Kwan*
Kalama M. Lui-Kwan