UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE WILSON, individually and on behalf of all others similarly situated,<br><br><div align=center>Plaintiff,</div><br>v.<br><br>SPEEDY CASH, and DOES 1 through 10, inclusive, and each of them,<br><br><div align=center>Defendants.</div> | Case No. 5:25-cv-01785-SSS-AJRx<br><br>**ORDER GRANTING STIPULATION TO VACATE ALL PENDING DEADLINES PURSUANT TO JOINT NOTICE OF SETTLEMENT (L.R. 40-2) OR EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3) (Doc. 17)**<br><br><span style="color:red">**NOTE CHANGE MADE BY COURT**</span> |

On October 9, 2025, the Parties filed a Joint Notice of Settlement pursuant to Local Rule 40-2 (Doc. 16) and a Stipulation to Vacate All Pending Deadlines Pursuant to Joint Notice of Settlement (L.R. 40-2) or Extend Time to Respond to Initial Complaint (L.R. 8-3) (Doc. 17).

The parties, through their respective counsel of record, reached a settlement in principle on October 3, 2025, and filed a Joint Notice of Settlement (Doc. 16). For that reason, the parties request that the court vacate all pending deadlines or, in the

alternative, extend the time for the Defendant to respond to Plaintiff's Complaint, from October 13, 2025, to November 12, 2025.

The Court, having considered the Parties' Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS that Defendant's deadline to respond to Plaintiff's Complaint is extended until November 12, 2025.

IT IS SO ORDERED.

Dated: October 14, 2025

_____
SUNSHINE S. SYKES
United States District Judge